# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| Jamison Ladon Packer, | : | |
| Petitioner/Defendant, | : | Civil Action No. 11-194-WS |
| v. | : | Criminal No. 08-153-WS-C |
| United States of America, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 60 in Criminal No. 8-153-WS-C), as amended (Doc. 73 in Criminal No. 8-153-WS-C) be and the same hereby is **DENIED** because the claims asserted therein are either procedurally barred or, as to the ineffective-assistance-of-counsel claim, the petitioner has made no showing that his rights were violated.

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal *in forma pauperis*.

**DONE** this the 17th day of August, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**